IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JULIUS THEODORE GIBBS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25CV875 |
| | ) | |
| STATE EMPLOYEES CREDIT UNION et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 7, 2025, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 11.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation. Plaintiff has also filed a motion for temporary restraining order (Doc. 12), but there is no basis for entry of such an order given the dismissal of the case for the reasons set out in the Recommendation. Therefore, the motion for temporary restraining order will be denied.

IT IS THEREFORE ORDERED that Plaintiff's motion for restraining order (Doc. 5) is DENIED, and Plaintiff's motion for temporary restraining order (Doc. 12) is DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(h)(3).

                                        /s/   Thomas D. Schroeder
                                      United States District Judge

January 12, 2026